**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SALVADOR ESTRADA MONTERO, <br><br>Plaintiff, <br><br>v. <br><br>JOE BIDEN, et al., <br><br>Defendants. | Case No. 2:22-cv-01396-DOC-JDE <br><br> JUDGMENT |

Pursuant to the Order Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 18, 2022

*David O. Carter*

DAVID O. CARTER
United States District Judge